Civil Action No.: **1:23−CV−10435−GAO**

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _John Howden_

was received by me on (date) _4/11/24_ .

☑ I personally served the summons on the individual at (place) _19 Arborcrest Terrace_
_Medford, MA_ on (date) _4/11/24_ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____
_____ , a person of suitable age and discretion who resides there,
on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is
designated by law to accept service of process on behalf of (name of organization)_____
_____ on (date) _____ ; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :


My fees are $ _135.00_ for travel and $_____ for services, for a total of $ _135.00_ .

I declare under penalty of perjury that this information is true.


_4/11/24_
Date

_[signature]_
Server's Signature

_Merrill Smallwood_
Printed name and title


_71 Commercial St 102 Boston, MA 02109_
Server's Address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **RONNIE QUALLS** | |
| *Plaintiff* | Civil Action No.: |
| v. | **1:23−CV−10435−GAO** |
| **FRANCIS ROACHE, ET AL.** | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

John Harden
19 Arborcrest Terrace
Mattapan, MA 02126

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Kelsey Raycroft Rose, Esq.**
**Rose Law Boston**
**75 State Street, Suite 100**
**Boston, MA 02109**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

/s/ − **Danielle Kelly**

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2023−02−23 15:55:13**, Clerk USDC DMA

Civil Action No.:  **1:23−CV−10435−GAO**

### PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _Kenneth Taylor_

was received by me on (date) _4/11/24_.

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____; or

☐ I returned the summons unexecuted because_____ ; or

☑ Other (specify) : _Posted after no answer on 4/11/24_
_440 River Street, Mattapan, MA._

My fees are $ _135.00_ for travel and $_____ for services, for a total of $ _135.00_ .

I declare under penalty of perjury that this information is true.

_4/11/24_
Date

_Menrell Smallwood_, _Pierce Server_
Server's Signature

_Menrell Smallwood_, _Pierce Server_
Printed name and title

_71 Commercial St 107 Boston, MA 02109_
Server's Address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
### for the
## DISTRICT OF MASSACHUSETTS

**RONNIE QUALLS**

*Plaintiff*

v.

**FRANCIS ROACHE, ET AL.**

*Defendant*

Civil Action No.:
**1:23−CV−10435−GAO**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

KENNETH TAYLOR
640 RIVER ST
MATTAPAN, MA 02126

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Kelsey Raycroft Rose, Esq.**
**Rose Law Boston**
**75 State Street, Suite 100**
**Boston, MA 02109**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

**/s/ − Danielle Kelly**

*Signature of Clerk or Deputy Clerk*



**ISSUED ON 2023−02−23 15:55:13**, Clerk USDC DMA

Civil Action No.: **1:23−CV−10435−GAO**

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _Donald Hayes_

was received by me on (date) _4/11/24_ .

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____; or

☐ I returned the summons unexecuted because_____ ; or

☑ Other (specify) : _Posted after no answer on 4/11/24_
_11 St. George Street Unit C, Boston, MA 02109_

My fees are $ _135.00_ for travel and $_____ for services, for a total of $ _135.00_ .

I declare under penalty of perjury that this information is true.

_4/11/24_
Date

_(signature)_
Server's Signature

_Harrell Smallwood._
Printed name and title

_71 Commercial St 107 Boston, MA._
Server's Address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

RONNIE QUALLS
_____
*Plaintiff*

v.

FRANCIS ROACHE, ET AL.
_____
*Defendant*

Civil Action No.:
**1:23−CV−10435−GAO**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Donald Hayes
11 Saint George Street, Unit 1C
Boston, MA 02118

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Kelsey Raycroft Rose, Esq.**
**Rose Law Boston**
**75 State Street, Suite 100**
**Boston, MA 02109**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
_____
*CLERK OF COURT*

/s/ − **Danielle Kelly**
_____
*Signature of Clerk or Deputy Clerk*



**ISSUED ON 2023−02−23 15:55:13**, Clerk USDC DMA

Civil Action No.: **1:23−CV−10435−GAO**

### PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _Dennis Houts_

was received by me on (date) _4/11/24_ .

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____ ; or

☐ I returned the summons unexecuted because_____ ; or

☑ Other (specify) : _Posted after no answer on 4/11/24_
_16 Peak Hill Road Unit 1, West Roxbury, MA._

My fees are $ _135.00_ for travel and $_____ for services, for a total of $ _135.00_ .

I declare under penalty of perjury that this information is true.

_4/11/24_
Date

_Merrill Smallwood_
Server's Signature

_Merrill Smallwood, Process Server_
Printed name and title

_71 Commercial St 102 Boston, MA 02109_
Server's Address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **RONNIE QUALLS** | |
| *Plaintiff* | Civil Action No.: |
| v. | **1:23−CV−10435−GAO** |
| **FRANCIS ROACHE, ET AL.** | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Dennis Harris
16 Peak Hill Road, Unit 1
West Roxbury, MA 02132

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Kelsey Raycroft Rose, Esq.**
**Rose Law Boston**
**75 State Street, Suite 100**
**Boston, MA 02109**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

/s/ − **Danielle Kelly**

*Signature of Clerk or Deputy Clerk*



**ISSUED ON 2023−02−23 15:55:13**, Clerk USDC DMA

Civil Action No.:  **1:23−CV−10435−GAO**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _Timothy Murray_

was received by me on (date) _4/11/24_ .

☐ I personally served the summons on the individual at (place) _____

_____ on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____ ; or

☐ I returned the summons unexecuted because_____ ; or

☑ Other (specify) : _Posted after no answer on 4/11/24_
_138 Trenton St Unit 1, East Boston, MA ._

My fees are $ _135.00_ for travel and $_____ for services, for a total of $ _135.00_ .

I declare under penalty of perjury that this information is true.

_4/11/24_
Date

_Gerald Sutherland_
Server's Signature

_Merrill Swallowsong, Process Server_
Printed name and title

_71 Commercial St 102 Boston, MA 02109_
Server's Address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **RONNIE QUALLS** | |
| *Plaintiff* | |
| | Civil Action No.: |
| v. | **1:23−CV−10435−GAO** |
| **FRANCIS ROACHE, ET AL.** | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Timothy Murray
138 Trenton Street, Unit 1
East Boston, MA 02128

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Kelsey Raycroft Rose, Esq.**
**Rose Law Boston**
**75 State Street, Suite 100**
**Boston, MA 02109**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

/s/ − **Danielle Kelly**

*Signature of Clerk or Deputy Clerk*



**ISSUED ON 2023−02−23 15:55:13**, Clerk USDC DMA