(53)

```
 ┌─────────────────────────────────────────────────────────────┐
 │   B o s t o n   P o l i c e   H o m i c i d e   U n i t       │
 └─────────────────────────────────────────────────────────────┘
```

## Homicide Unit Photo Identification

Photos shown by:                    KEELER & HARRIS

Date and Time:                      10/03/92, 11:45 AM

Location:                           273 D STREET, HOMICIDE

Person viewing photos:              DONNA CARRINGTON

Number of photos identified:        NO IDENTIFICATION MADE

Case Name                           RONALD & ROOSEVELT PRICE


Suspect                             RONNIE QUALLS


Photo Number

| Photo Number |
|---|
| 353 831 |
| 321 613 |
| 353 399 |
| 344 867 |
| 368 218 |
| 368 543 |
| 366 863 |
| 368 591 |
| 344 810 |
| 354 879 |

Remarks:

WITNESS DONNA CARRINGTON
MADE NO IDENTIFICATION
WHEN SHOWN THIS ARRAY.

*T*

## B o s t o n   P o l i c e   H o m i c i d e   U n i t

### Homicide Unit Photo Identification

Photos shown by:                           KEELER & HARRIS & MURRAY

Date and Time:                             10/03/92, 12:50 PM

Location:                                  703 MASS. AVE., BOSTON

Person viewing photos:                     RODERICK BROWN

Number of photos identified:   NO IDENTIFICATION MADE

Case Name                                  RONALD & ROOSEVELT PRICE

Suspect                                    RONNIE QUALLS

Photo Number

| Photo Number |
|--------------|
| 353 831 |
| 321 613 |
| 353 399 |
| 344 867 |
| 368 218 |
| 368 543 |
| 366 863 |
| 368 591 |
| 344 810 |
| 354 879 |

Remarks:

WITNESS RODERICK BROWNON
MADE NO IDENTIFICATION
WHEN SHOWN THIS ARRAY.

*In nres Files wasles*

```
-----------------------------------------------------------
|  B o s t o n   P o l i c e   H o m i c i d e   U n i t  |
-----------------------------------------------------------
```

HOMICIDE UNIT PHOTO IDENTIFICATION


PHOTOS SHOWN BY:                    MURRAY/HARRIS

DATE AND TIME:                     07/09/93;    7:25 PM

LOCATION:                          40 NORTON STREET, DORCH.

PERSON VIEWING PHOTOS:             FRED MONROE

NUMBER OF PHOTOS IDENTIFIED:       ONE PHOTO # 397 730

CASE NAME:                         RONALD & ROOSEVELT PRICE

SUSPECT:                           JAMES EARL WILLIAMS
                                       (JUNIOR)


Photo Number

| Photo Number |
| --- |
| 397 730 |
| 356 525 |
| 384 227 |
| 364 732 |
| 388 510 |
| 315 207 |
| 381 698 |
| 389 286 |
| 378 644 |
| 318 397 |

Remarks:

WITNESS FRED MONROE
POSITIVELY IDENTIFIED BPD
PHOTO # 397 730 WHEN SHOWN
THIS ARRAY.

MONROE MADE THE FOLLOWING
STATEMENT WHILE IDENTIFYING
ABOVE PHOTO....
  " THAT'S JUNIOR THERE!
    THAT'S PETE'S (BECKY)
    BROTHER. SHE LIVES OVER
    ON RUGGLES."

* REFER TO INVESTIGATIVE
  REPORT REGARDING THIS
  IDENTIFICATION.

(33)

```
┌─────────────────────────────────────────────────────┐
│   B o s t o n   P o l i c e   H o m i c i d e   U n i t │
└─────────────────────────────────────────────────────┘
```

### HOMICIDE UNIT PHOTO IDENTIFICATION

PHOTOS SHOWN BY:                 MURRAY/HARRIS

DATE AND TIME:                   06/29/93;  11:00 PM

LOCATION:                        NASHUA STREET JAIL (HOD)

PERSON VIEWING PHOTOS:           LEROYAL HOLMES

NUMBER OF PHOTOS IDENTIFIED:     ONE PHOTO # 397 730

CASE NAME:                       RONALD & ROOSEVELT PRICE

SUSPECT:                         JAMES EARL WILLIAMS
                                        (JUNIOR)

Photo Number

| Photo Number |
|--------------|
| 397 730 |
| 356 525 |
| 384 227 |
| 364 732 |
| 388 510 |
| 315 207 |
| 381 698 |
| 389 286 |
| 378 644 |
| 318 397 |

Remarks:

WITNESS LEROYAL HOLMES
POSITIVELY IDENTIFIED BPD
PHOTO # 397 730 WHEN SHOWN
THIS ARRAY.

*REFER TO INVESTIGATIVE
 REPORT FOR ADDITTIONAL
 INFORMATION.

WITNESS SIGNED BACK OF PHOTO