UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

**Ronnie Qualls,**

    Plaintiff

      **v.**

**Francis Roache et al.,**

    Defendants

_____

           **Civil Action No. 1:23-10435-GAO**

## JUDGMENT IN A CIVIL CASE

O'TOOLE     U.S.D.J.

**IT IS ORDERED AND ADJUDGED:**

In accordance with the court's OPINION AND ORDER (Dkt. No. 68), dated March 31, 2026, the defendants' motion for Summary Judgment (Dkt. No. 54 and 56) are GRANTED.

**Judgment shall enter for the defendants as to Counts I and IV.**

           ROBERT M. FARRELL
           CLERK OF COURT

Dated: 3/31/2026                 /s/ Flaviana de Oliveira
                      Deputy Clerk